# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **RAUL ALEXIS RIVERA FERRER**<br><br>Debtor(s) | CASE NO: **16-03328-ESL**<br><br>**Chapter 13** |

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ROBERTO ARISTIDES FIGUEROA COLON\***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$300.00**     Outstanding (Through the Plan): **$2,700.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

Debtor(s) Income is (are) ☐ Under   ☑ Above Median Income          Liquidation Value: $**$11,237.00**

Commitment Period is   ☐ 36 months   ☑ 60 months §1325(b)(1)(B)     General Unsecured Pool: **$0.00**

With respect to the (amended) Plan date: Nov 11, 2016 (Dkt 33)     Plan Base: **$32,600.00**

The Trustee:    ☐ DOES NOT OBJECT   ☑ OBJECTS  Plan Confirmation   Gen. Uns. Approx. Dist.: **100 without interest** %

The Trustee objects to confirmation for the following reasons:

---

**[1325(a)(6)] Payment Default Feasibility** – Debtor(s) is in default with proposed plan payments, to the trustee and/or creditor(s).

--Debtor is 1 months, or $520.00 in arrears under the plan.

**[1325(a)(8)] DSO Payment Default** – Debtor(s) is in default with post-petition DSO payments.

--Debtor has failed to submit evidence of being current with post petition DSO payments. Debtor must continue to submit evidence of being current with such obligations until the confirmation of the plan.

--Debtor has also failed to submit complete contact information of the DSO claimants. Debtor must submit claimants' address and telephone number. Debtor has 3 accounts.

---

**\*OTHER COMMENTS / OBJECTIONS**

NONE

---

# NOTICE

**14 day notice**: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: November 21, 2016

/s/ Juliel Perez, Esq.

Last Docket Verified: 33   Last Claim Verified: 8   CMC: